NUMBER
13-05-698-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

____________________________________________________________________

 

JUAN A. GUERRA,                                                   Appellant,

 

                                           v.

 

BEVERLY ENTERPRISES, INC., ET AL.,                        Appellees.

____________________________________________________________________

 

                  On
appeal from the 332nd District Court

                           of
Hidalgo County, Texas.

____________________________________________________________________

 

                     MEMORANDUM
OPINION

 

                Before
Justices Hinojosa, Yañez, and Garza

                       Memorandum
Opinion Per Curiam

 

Appellant, JUAN A. GUERRA, attempted to perfect an
appeal from an order entered by the 332nd District Court of Hidalgo County, Texas, in cause no. C-0965-99-F.  The clerk=s record was received on November 16,
2005.  








Upon review of the clerk=s record, it appeared
that the order from this appeal was taken was not a final appealable
order.  Pursuant to Tex. R. App. P. 42.3, notice of this
defect was given so that steps could be taken to correct the defect, if it
could be done.  Appellant was advised
that, if the defect was not corrected within ten days from the date of receipt
of this notice, the appeal would be dismissed for want of jurisdiction.  Appellant failed to file a response as
requested by this Court=s notice. 

The Court, having considered the documents on file and appellant=s failure to respond
to this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction. The
appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

 

Memorandum Opinion
delivered and filed 

this the 12th
day of January, 2006.